[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-11523

Non-Argument Calendar

_____

MARK T. STINSON,

 Plaintiff-Appellant,

*versus*

NATIONSTAR MORTGAGE, LLC,
d.b.a. Mr. Cooper,

 Defendant-Appellee.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 1:23-cv-24741-RKA

2                    Opinion of the Court                    24-11523

_____

Before JILL PRYOR, NEWSOM, and LUCK, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Mark Stinson appeals from the district court's order transferring his case to the Western District of Tennessee, pursuant to 28 U.S.C. § 1406(a), but that order is interlocutory and not immediately appealable. *See* 28 U.S.C. § 1406(a); *Stelly v. Emps. Nat'l Ins. Co.*, 431 F.2d 1251, 1253 (5th Cir. 1970) (holding that an order transferring a case under § 1406(a) is interlocutory and non-appealable); *Middlebrooks v. Smith*, 735 F.2d 431, 432-33 (11th Cir. 1984) (explaining that a transfer order is not immediately appealable under the collateral order doctrine).

All pending motions are DENIED as moot. No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.